UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GREATBATCH, INC.,

               Plaintiff,

-vs-                                                            Case No.  6:05-cv-1478-Orl-28DAB

HARRY DOBROWOLSKI, MICHAEL E.
MOECKER, ROHWEDDER AG,
ROHWEDDER, INC., BIRGIT
WESTPHAL,

               Defendants.

_____

# ORDER

This case is before the Court on Motion for Entry of Default Final Judgment against Defendant Rohwedder, Inc. (Doc. No. 16) filed November 22, 2005.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.     That the Report and Recommendation filed November 30, 2005 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.     The Motion for Entry of Default Final Judgment against Defendant Rohwedder, Inc. (Doc. 16) is **GRANTED in part**.  Specifically, the Clerk of Court is directed to enter

default final judgment against Rohwedder, Inc., in favor of Plaintiff, in the total amount of

$606,872.70.  This judgment does not close the case.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this ___19___ day of December,

2005.

                                      JOHN ANTOON II
                                      United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party