**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GREATBATCH, INC., f/k/a WILSON**
**GREATBATCH TECHNOLOGIES, INC.,**

          **Plaintiff,**

**-vs-**                                            Case No.  6:05-cv-1478-Orl-28DAB

**ROHWEDDER, INC., MICHAEL E.**
**MOECKER, BIRGIT WESTPHAL, HERB**
**NOLD, and ROHWEDDER AG,**

          **Defendants.**

_____

## ORDER

This cause came on for consideration with oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO DISMISS FOR LACK OF JURISDICTION (Doc. No. 51)**
>
> **FILED:**       March 14, 2006
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

At hearing, Plaintiff requested leave to amend the Complaint to modify its claims against Defendant Rohwedder AG. to allege a more particular basis for establishing personal jurisdiction over the German parent corporation. This request is granted. Plaintiff shall have **fifteen days** from the date of this Order to file an Amended Complaint. In view of the foregoing, the motion to dismiss is **denied, as moot.** The denial is without prejudice to reassertion, if appropriate, with respect to the Amended Complaint.

**DONE** and **ORDERED** in Orlando, Florida on May 23, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record