UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GREATBATCH, INC., f/k/a WILSON
GREATBATCH TECHNOLOGIES, INC.,

    Plaintiff,

-vs-                                 Case No. 6:05-cv-1478-Orl-28DAB

ROHWEDDER, INC., MICHAEL E.
MOECKER, BIRGIT WESTPHAL, HERB
NOLD, and ROHWEDDER AG,

    Defendants.

## ORDER

This case is before the Court on Defendant Rohwedder AG's Motion to Dismiss Plaintiff's Second Amended Complaint for Lack of Personal Jurisdiction (Doc. No. 88) filed July 12, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and considering the objection that was timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 6, 2006 (Doc. No. 94) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant Rohwedder AG's Motion to Dismiss Plaintiff's Second Amended Complaint for lack of Personal Jurisdiction is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _20_ day of November, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party