# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GREATBATCH, INC., f/k/a WILSON**
**GREATBATCH TECHNOLOGIES, INC.,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:05-cv-1478-Orl-28DAB**

**ROHWEDDER, INC., MICHAEL E.**
**MOECKER, BIRGIT WESTPHAL, HERB**
**NOLD, and ROHWEDDER AG,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO COMPEL THE CONTINUANCE OF DEFENDANT BRIGIT WESTPHAL'S DEPOSITION (Doc. No. 112)**
>
> **FILED:** March 13, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Ms. Westphal is **ORDERED** to attend the continuation of her deposition, at a time and date mutually convenient to the parties (if possible) or, if no agreement can be reached, the deposition will occur on **April 10, 2007** at 9:00 a.m. at the office of defense counsel, or at some other location agreeable to the parties. Ms. Westphal is **cautioned** that any further failure to attend her deposition

may subject her to appropriate sanctions, which may include monetary sanctions or striking of pleadings and an entry of default against her.

> **MOTION:** **UNOPPOSED MOTION FOR EXTENSION OF TIME UNTIL MAY 16, 2007 TO COMPLETE DISCOVERY AND UNTIL APRIL 16, 2007 TO DISCLOSE EXPERTS (Doc. No. 113)**
>
> **FILED:** March 14, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Provided, however, this extension in no way relieves the parties of other obligations and deadlines set forth in the Scheduling Order. Further, this extension shall not be the basis for seeking relief from that Order. Provided further, this extension assumes that there will be no disputes regarding discovery within this extended period, and the Court will not entertain any motions pertaining to such disputes. In particular, the parties are reminded that the deadline for filing of dispositive motions is **NOT** extended.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties